IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )   Plaintiff,  )  ) vs. ) ) ROCK MUELLER, ) ) Defendant. ) | 4:05CR3071  **MEMORANDUM AND ORDER** |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 1st day of November, 2006, at the hour of 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant shall be present for the hearing.

October 25, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge