IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROCK MUELLER, ) <br> ) <br> Defendant. ) | Case No. 4:05CR3071 |

### ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing Objections to the Revised Presentence Investigation Report (RPSR), Downward Departure Motion and supporting brief, filing 31. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any Objections to the RPSR and Downward Departure Motion with supporting brief no later than January 11, 2007.

Dated this 5th day of January, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge